UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HYERIM LEE,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-1274-CEM-LHP**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), ATTORNEY GENERAL OF THE UNITED STATES, DIRECTOR OF USCIS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (DHS) and U.S. ATTORNEY OF MIDDLE DISTRICT OF FLORIDA,**

**Defendants.**

______________________________________/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record